UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CLOSED**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-01821-CJC (ADSx) | Date | December 11, 2020 |
|---|---|---|---|
| Title | Adam Ghadiri v. Mercedes Repair by Maurice et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

  The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal of the entire action [13], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                      - : -

Initials of Deputy Clerk cw